| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Seitz, Patricia A. | 2. Court or Organization<br><br>District Court, SDFL | 3. Date of Report<br><br>06/19/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

12U.S. District Court
400 North Miami Avenue, Chambers 11-4
Miami, FL 33128-1810

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seitz, Patricia A. | 06/19/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Richman, Greer PA - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seitz, Patricia A. | 06/19/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seitz, Patricia A. | 06/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Timberland, Clark Co., AR, Appraisal, 1996 | | None | K | Q | | | | | |
| 2. Richman, Greer, P.A. interest in law firm | | None | K | U | | | | | |
| 3. Signature Grand Ltd., Banquet Hall, Broward County, FL(See Part VIII) | | None | | | Closed | 12/31/16 | J | | |
| 4. City National Bank, Money Market, Miami, FL | B | Interest | O | T | | | | | |
| 5. Northern Trust Bank, IRA/U.S. Treasury Bills, Miami, FL, | C | Interest | N | T | | | | | |
| 6. Interest in Richman Greer 401(k) Plan | | None | P1 | T | | | | | |
| 7. Wells Fargo, N.A., Miami, FL | A | Interest | O | T | | | | | |
| 8. USAA Savings Account | A | Interest | J | T | | | | | |
| 9. Oil & Gas Interest, Trego Co., KS | D | Royalty | K | W | | | | | |
| 10. Condo Boat Slip, Miami-Dade County, FL | C | Rent | L | W | | | | | |
| 11. Northern Trust Bank, Money Market - Miami, FL | B | Interest | N | T | | | | | |
| 12. MS Cash | A | Interest | J | T | | | | | |
| 13. MS Bank Deposit Program - CitiBank NA | A | Interest | J | T | | | | | |
| 14. MS Liquid Asset Fund | A | Dividend | | | Redeemed | 06/30/16 | J | | |
| 15. Berkshire Hathaway Inc. CL B (See Part VIII) | | None | M | T | | | | | |
| 16. IShares Russell 2000 ETF (See Part VIII) | A | Dividend | L | T | | | | | |
| 17. IShares IBoxx Invest Gr Cor Bd (See Part VIII) | A | Dividend | M | T | Sold (part) | 11/30/16 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seitz, Patricia A. | 06/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IShares TIP Bond (See Part VIII) | A | Dividend | L | T | | | | | |
| 19. FPA Crescent FD Instl (See Part VIII) | A | Dividend | M | T | Sold (part) | 08/19/16 | J | | |
| 20. FPA Crescent FD Instl | A | Dividend | J | T | Buy (add'l) | 11/30/16 | J | | |
| 21. IVY Sci & Tech (See Part VIII) | A | Dividend | L | T | Sold (part) | 08/19/16 | J | | |
| 22. MFB Northern FDS Money Mkt FD (X) | A | Dividend | M | T | | | | | |
| 23. Nuveen Prm Inc Mun Bd | A | Dividend | | | Redeemed | 04/12/16 | K | | |
| 24. Nuveen Ehcd Mun Cred Opp Fd Exchanged from Nuveen Prm Inc Mun Bd | A | Dividend | K | T | Spinoff (from line 23) | 04/12/16 | K | | |
| 25. T Rowe Price Health Science Fd (See Part VIII) | A | Dividend | L | T | Sold (part) | 08/19/16 | J | | |
| 26. Vanguard Ltd Tm Tx Ext Inv | A | Dividend | L | T | | | | | |
| 27. Vanguard Intermediate Term BND | B | Dividend | L | T | | | | | |
| 28. American New Perspective F2 | A | Dividend | K | T | Sold (part) | 08/19/16 | J | | |
| 29. General Electric CO 4% Fixed to 06/15/22 | B | Interest | | | Sold | 01/20/16 | K | A | |
| 30. Industrial Sel Sec Spdr Fd | A | Dividend | L | T | Buy | 11/30/16 | L | | |
| 31. T Rowe Price Blue Chip Gr | A | Dividend | K | T | Buy | 08/19/16 | L | | |
| 32. General Electric Co 5% Fixed to 01/21/21 | B | Interest | L | T | Buy | 01/21/16 | K | | |
| 33. IShares IBoxx High Yld Corp Bond FD. (See Part VIII) | | None | | | Sold | 01/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts - Line 3 - Signature Grand Ltd., Banquet Hall, Broward County, FL - Investment in Signature Grand was liquidated via the company being dissolved in 2016 and thus no longer existed as of 12/31/2016.

Per the Board's letter dated September 2016, the following line items were consolidated into single entries, as follows:

Part VII. Investments and Trusts - Line 15 - Berkshire Hathaway Inc CL B - This line is a combination of Line 24 and Line 49 on the 2015 report.

Part VII. Investments and Trusts - Line 16 - IShares Russell 2000 ETF - Prior year report, Line 17, erroneously listed as IShares Russell 2000 Index FD and was in fact the IShares Russell 2000 ETF. This line is a combination of Line 17, Line 34 and Line 50 on the 2015 report.

Part VII. Investments and Trusts - Line 17 - IShares IBoxx Invest Gr Cor Bd - This line is a combination of Line 18, Line 29, Line 30, Line 31 and Line 32 on the 2015 report.

Part VII. Investments and Trusts - Line 18 - IShares Tips Bond ETF - This line is a combination of Line 35 and Line 36 on the 2015 report.

Part VII. Investments and Trusts - Line 19 - FPA Crescent Fund Instl - This line is a combination of Line 41, Line 42 and Line 43 on the 2015 report.

Part VII. Investments and Trusts - Line 21 - IVY Sci & Tech - This line is a combination of Line 44, Line 45, Line 46 and Line 52 on the 2015 report.

Part VII. Investments and Trusts - Line 25 - T Rowe Price Health Science Fd - This line is a combination of Line 47 and Line 53 on the 2015 report.

Per the Board's letter dated May 26, 2017, the following amendment was made to reflect that this line item should have been indicated as sold in 2015, but was erroneously left on the report:

Part VII. Investments and Trusts - Line 33 - IShares IBoxx High Yld Corp Bond FD. - This item was included on Line 20 of the 2015 report and was sold in 2015 as Lines 25, 26, 27 and 28.

| Name of Person Reporting | Date of Report |
|---|---|
| Seitz, Patricia A. | 06/19/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia A. Seitz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544